IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARISOL MALDONADO RUIZ

DEBTOR(S)

CASE NO. 24-02628-ESL

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3

2. The liquidation value of the estate is :$ 9,334.00 PV $9,826.00

3. The general unsecured pool is :$ 0.00

AMENDED PLAN DATE: September 03, 2024    PLAN BASE: $15,684.00

TRUSTEE'S REPORT ON CONFIRMATION DATED: 9/4/2024

[X] FAVORABLE       [ ] UNFAVORABLE

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Pedro R Medina
Pedro R Medina
USDC #226614

Atty: ROBERTO FIGUEROA

**OSMARIE NAVARRO MARTINEZ**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
LEGAL - PM