IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| MARISOL MALDONADO RUIZ | CASE NO 24-02628 ESL |
| DEBTOR | CHAPTER 13 |
| BANCO POPULAR DE PUERTO RICO | INDEX |
| MOVANT | Lift of Automatic Stay for Cause |
| VS. | Under 11 USC 362(d)(1) |
| MARISOL MALDONADO RUIZ | |
| OSMARIE NAVARRO MARTINEZ, TRUSTEE | |
| RESPONDENTS | |

**DEBTOR'S RESPONSE TO *MOTION FOR RELIEF OF THE AUTOMATIC STAY UNDER 11 USC 362* (DOCKET No. 35)**

TO THE HONORABLE COURT:

**NOW COMES, MARISOL MALDONADO RUIZ**, the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. Banco Popular de Puerto Rico ("BPPR") filed a motion for relief from stay stating that the Debtor is in arrears in the post-petition mortgage loan payments to said creditor, owing the sum of $3,609.16.

2. The Debtor hereby respectfully replies to BPPR's motion stating that in May, 2026, the Debtor lost her job and only source of income, the Debtor is currently unemployed and unable to cure the arrearage owed to BPPR and/or maintain current the direct mortgage loan payments to BPPR.

3. Based on the aforestated, the Debtor hereby respectfully files the present response to BPPR's motion (Docket No. 35), respectfully stating that the Debtor does not oppose BPPR's request for entry of an Order lifting the stay, in the above captioned Index.

**WHEREFORE**, the Debtor respectfully requests from this Honorable Court to grant the Debtor's response, in the above captioned Index.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of same to: the Chapter 13 Trustee, Osmarie Navarro Martinez, Esq.; Juan C Fortuño Fas, Esq., Counsel for secured creditor BPPR; I also certify that a copy of this motion was sent via regular mail to the Debtor/Respondent Marisol Maldonado Ruiz, 7302 Paseo El Verde Caguas PR 00725.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 22nd day of July, 2026.

*/s/ Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR/RESPONDENT
PO BOX 186 CAGUAS PR 00726-0186
TEL NO 787-744-7699; 787-963-7699
Email: rfc@rfigueroalaw.com